UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL 1 CONNECTICUT HEALTH FUND; TRUSTEES OF THE BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE; TRUSTEES OF THE BRICKLAYERS LOCAL 1 LABOR MANAGEMENT COOPERATION TRUST FUND; and THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, LOCAL 1 CONNECTICUT<br><br>Plaintiffs<br><br>v.<br><br>CONNECTICUT STONE ERECTORS, INC.<br><br>Defendant. | Civil Action No. 3:16-cv-01969<br><br>December 1, 2016 |

## COMPLAINT

### PARTIES

1.  Plaintiffs, Trustees of the Bricklayers Local 1 Connecticut Health Fund and Trustees of the Labor Management Cooperation Trust Fund (hereinafter referred to as "Local Funds"), Trustees of the Bricklayers and Trowel Trades International Pension Fund and Trustees of the International Masonry Institute (hereinafter referred to as the "International Funds"), are the Trustees of a multi-employer employee benefit plan as those terms are defined in Sections 3(3) and 3(37) of the Employee

Retirement Income Security Act of 1974, (hereinafter "ERISA"), 29 U.S.C. Sections 1002(3) and (37). The Local Funds and the International Funds (hereinafter collectively referred to as the "Funds") are established and maintained by a Restated Agreement and Declaration of Trust and by a Collective Bargaining Agreement between the International Union of Bricklayers and Allied Craftworkers, Local 1 Connecticut and Connecticut Stone Erectors, Inc. (hereinafter "Connecticut Stone"). The Funds are administered at Insurance Programmers, Inc., 10 Technology Drive, P.O. Box 5817, Wallingford, Connecticut, 06492 and 1825 Eye Street, NW, Washington D.C., 20006.

2. The International Union of Bricklayers and Allied Craftworkers, Local 1 Connecticut (hereinafter "Union") is a labor organization within the meaning of Section 2(5) of the National Labor Relations Act, 29 U.S.C. Section 152(5).

3. Connecticut Stone is a Connecticut company with an address located at 18 Airport Park Road, East Granby, CT 06026. Connecticut Stone transacted business as a contractor or subcontractor in the construction industry and at all times herein was an "employer in an industry affecting commerce" as defined in Sections 501(1), (3), and 2(2) of the Labor-Management Relations Act ("LMRA"), 29 U.S.C. Sections 142(1), (3), and 152(2); Sections 3(5), (9), (11), (12) and (14) of ERISA, 29 U.S.C. Sections 1002(5), (9), (11), (12) and (14); and Section 3 of the Multi-Employer Pension Plan Amendments Act of 1980, 29 U.S.C. Section 1001(a).

## JURISDICTION

4.     This Court has jurisdiction of this action under Sections 502 and 515 of ERISA, 29 U.S.C. Sections 1132 and 1145, and under Section 301 of the LMRA, 29 U.S.C. Section 185(a). This is an action for breach of a Collective Bargaining Agreement between an employer and a labor organization representing employees in an industry affecting commerce.

## FACTUAL BACKGROUND

5.     Connecticut Stone entered into a Collective Bargaining Agreement with the Union establishing the terms and conditions of employment for bricklayers employed by Connecticut Stone.

6.     Pursuant to the Collective Bargaining Agreement, Connecticut Stone is required to pay to the Funds certain sums of money for each hour worked by employees of Connecticut Stone covered by the Collective Bargaining Agreement. Additionally, Connecticut Stone is required to make contributions to the Funds measured by the hours worked by construction subcontractors that are not signatory to a Collective Bargaining Agreement with the Union.

## COUNT I: DELINQUENT CONTRIBUTIONS UNDER ERISA

7.     Plaintiffs hereby incorporate by reference Paragraphs 1-6 of the Complaint as fully set forth herein in Count I.

8.     Connecticut Stone employed certain employees covered under the Collective Bargaining Agreement throughout the periods relevant to this action.

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT  06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

9. Pursuant to the provisions of the Trust Agreements and the Collective Bargaining Agreement, Connecticut Stone was required to provide access to the records necessary for the Funds to conduct an audit to determine whether Connecticut Stone complied with its obligation to the Funds.

10. An examination of the books and records of Connecticut Stone conducted by the independent accounting firm of Buckley, Frame, Boudreau & Co., P.C., covering the time period of January 2013 through July 2015 ("audit period"), disclosed that Connecticut Stone underpaid contributions in the amount of **$20,478.04** that were owed to the Local Funds and **$25,338.14** that were owed to the International Funds based upon the hours worked by employees and/or measured by the hours worked by subcontractors during the audit period.

11. In addition, during the period May 2015 through November 2015 ("recap period"), Connecticut Stone underpaid contributions to the International Funds based upon hours reported by the Company. The total balance in contributions owed to the International Funds for the recap period is **$558.23**.

12. Upon information and belief, Connecticut Stone Erectors has not employed Bricklayers since November 2015. However, if it is uncovered through discovery that hours were worked in covered employment during this period, the Funds are entitled to any corresponding contributions pursuant to the Collective Bargaining Agreement and the provisions of the Trust Agreements. Accordingly, the amounts owed to the funds could increase during the pendency of litigation.

13. Pursuant to 29 U.S.C. § 1132(g)(2), the provisions of the Trust Agreements, and the Collective Bargaining Agreement, Connecticut Stone is liable to the Plaintiffs for all unpaid contributions, interest on the unpaid contributions, an amount equal to the greater of interest on the unpaid contributions or liquidated damages provided for under the Trust Agreements, and all attorney fees, audit costs and court costs incurred by the Funds in the collection process.

**WHEREFORE, Plaintiff Funds pray:**

A. That Connecticut Stone be ordered to pay all unpaid fringe benefit contributions to the Funds for the period of January 2013 through November 2015 totaling *$46,374.41*.

B. That Connecticut Stone be ordered to pay any unpaid fringe benefit contributions that may be due for the period December 2015 through the date of this action, and any contributions that may become due and owing to the Funds up to and through the date of Judgment.

C. That Connecticut Stone be required to pay double interest or interest plus liquidated damages on the amount due, accrued from the date of the delinquency until the date of payments.

D. That Connecticut Stone be ordered to pay the reasonable attorney's fees, audit costs and court costs incurred by the Plaintiffs.

ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

E.     That Plaintiffs have such other and further relief as the Court may deem just and equitable, all at the cost of Connecticut Stone.

FOR THE PLAINTIFFS,

 /s/ Brendan Hughes
Brendan L. Hughes Esq. (ct 29675)
ROBERT M. CHEVERIE
 & ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT 06108-4203
Tele.: (860) 290-9610
Fax: (860) 290-9611
E-mail: bhughes@cheverielaw.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Complaint has been served by certified mail, as required by 502(h) of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132(h), this 1st day of December 2016 on the following:

Secretary of the Treasury
INTERNAL REVENUE SERVICE
31 Hopkins Plaza, Suite B2
Baltimore, MD  21201
**Attn:  Employee Plans**

Secretary of Labor
200 Constitution Avenue, N.W.
Washington, D.C.  20210
**Attn: Assistant Solicitor for Plan
         Benefits Security**

                      FOR THE PLAINTIFFS,

                       /s/ Brendan Hughes
                      Brendan L. Hughes Esq. (ct 29675)
                      ROBERT M. CHEVERIE
                       & ASSOCIATES, P.C.
                      333 East River Drive, Suite 101
                      East Hartford, CT 06108-4203
                      Tele.: (860) 290-9610
                      Fax: (860) 290-9611
                      E-mail: bhughes@cheverielaw.com